# EXHIBIT 1




*Search Incorporations, Cooperatives, Banks and Insurance Companies*

Printer Friendly Version

For service of process contact the Secretary of State's office.

**Please click on the name for detailed information**

1 records found

| Name | City | State | Status |
|---|---|---|---|
| SEELITE LLC | RUSSELLVILLE | AR | Not Current |

1 records found

Back to Search

# EXHIBIT 2




## *Search Incorporations, Cooperatives, Banks and Insurance Companies*

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | SEELITE LLC |
| Fictitious Names | |
| Filing # | 811015224 |
| Filing Type | Limited Liability Company |
| Filed under Act | Domestic LLC; 1003 of 1993 |
| Status | Not Current |
| Principal Address | |
| Reg. Agent | JOSHUA BRADLEY |
| Agent Address | 2290 SR 333<br>RUSSELLVILLE, AR 72802 |
| Date Filed | 05/01/2012 |
| Officers | JOSHUA BRADLEY , Incorporator/Organizer<br>DEBORA BROWN , Tax Preparer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Pay Franchise Tax for this corporation**

# EXHIBIT 3

United States of America
United States Patent and Trademark Office

# CEELITE

**Reg. No. 3,825,621**

**Registered July 27, 2010**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

CEELITE TECHNOLOGIES, LLC (PENNSYLVANIA LIMITED LIABILITY COMPANY)
66 BETHLEHEM PIKE
P.O. BOX 553
COLMAR, PA 18915

FOR: LIGHTING FIXTURES IN THE NATURE OF LIGHTING PANELS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-15-2003; IN COMMERCE 9-15-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,879,018.

SN 77-432,844, FILED 3-27-2008.

REBECCA EISINGER, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT 4

# United States of America

## United States Patent and Trademark Office

CEELITE

**Reg. No. 3,897,615**

**Registered Dec. 28, 2010**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

CEELITE TECHNOLOGIES, LLC (PENNSYLVANIA LIMITED LIABILITY COMPANY)
P.O. BOX 553
66 BETHLEHEM PIKE
COLMAR, PA 18915

FOR: LIGHTING FIXTURES IN THE NATURE OF LIGHTING PANELS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 0-0-2005; IN COMMERCE 0-0-2005.

OWNER OF U.S. REG. NO. 2,879,018.

THE COLOR(S) BLACK AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE LETTERS "CEE" IN BLACK FOLLOWED BY THE LETTERS "LITE" IN BLUE BELOW A BLUE ARC.

SN 77-432,854, FILED 3-27-2008.

REBECCA EISINGER, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT 5

```html
<!DOCTYPE html>
<html lang="en">
  <head>
    <meta charset="utf-8">
    <title>SeeLite LEDs</title>
    <meta name="viewport" content="width=device-width, initial-scale=1.0">
    <meta name="description" content="SeeLite sells premiun LED fixtures, almost any fixture you can imagine. For hunters, by hunters.">
    <meta name="author" content="SeeLite">


    <!-- Le styles -->
    <link href="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap.css?2135767865471442744" rel="stylesheet" type="text/css" media="all"  />
    <link href="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-responsive.css?2135767865471442744" rel="stylesheet" type="text/css" media="all"  />
    <link href="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/seelite.css?2135767865471442744" rel="stylesheet" type="text/css" media="all"  />
    <!-- HTML5 shim, for IE6-8 support of HTML5 elements -->
    <!--[if lt IE 9]>
      <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/html5shiv.js?2135767865471442744" type="text/javascript"></script>
    <![endif]-->

    <!-- Fav and touch icons -->
    <link rel="apple-touch-icon-precomposed" sizes="144x144" href="/ico/apple-touch-icon-144-precomposed.png">
    <link rel="apple-touch-icon-precomposed" sizes="114x114" href="/ico/apple-touch-icon-114-precomposed.png">
    <link rel="apple-touch-icon-precomposed" sizes="72x72" href="/ico/apple-touch-icon-72-precomposed.png">
    <link rel="apple-touch-icon-precomposed" href="/ico/apple-touch-icon-57-precomposed.png">
    <link rel="shortcut icon" href="/ico/favicon.png">

    <script>
//<![CDATA[
      var Shopify = Shopify || {};
      Shopify.shop = "seelite.myshopify.com";
      Shopify.theme = {"name":"SeeLite 1.0","id":3927762,"theme_store_id":null,"role":"main"};

//]]>
</script>



<script id="__st">
//<![CDATA[
var __st={"a":1782940,"offset":-18000,"reqid":"c160492d-6fc6-4028-8b58-a0ba9f4a2d78","pageurl":"seelite.myshopify.com\/","u":"0ed97ba8c822","p":"home"};
//]]>
</script>
<script>
//<![CDATA[
      (function() {
        var s = document.createElement('script'); s.type = 'text/javascript'; s.async = true;
```

```
    s.src = '//cdn.shopify.com/s/javascripts/shopify_stats.js?v=6';
    var x = document.getElementsByTagName('script')[0]; x.parentNode.insertBefore(s, x);
   })();

//]]>
</script>

 <link rel="canonical" href="http://seelite.myshopify.com/" />
</head>

 <body>

  <!-- NAVBAR
  ================================================== -->
  <div class="navbar-wrapper">
   <!-- Wrap the .navbar in .container to center it within the absolutely positioned parent. -->
   <div class="container">

    <div class="navbar navbar-inverse">
     <div class="navbar-inner">
      <!-- Responsive Navbar Part 1: Button for triggering responsive navbar (not covered in tutorial). Include responsive CSS to utilize. -->
      <button type="button" class="btn btn-navbar" data-toggle="collapse" data-target=".nav-collapse">
       <span class="icon-bar"></span>
       <span class="icon-bar"></span>
       <span class="icon-bar"></span>
      </button>
      <a class="brand" href="/"><img src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/seelite_logo.png?2135767865471442744" /></a>
      <!-- Responsive Navbar Part 2: Place all navbar contents you want collapsed withing .navbar-collapse.collapse. -->
      <div class="nav-collapse collapse">
       <ul class="nav">

        <li><a href="/pages/about-us">About us</a></li>

        <li><a href="/collections/all">Shop</a></li>

        <li><a href="/pages/contact">Contact</a></li>

        <li><a href="/pages/seelite-dealer-list">Dealers</a></li>

        <li><a href="http://facebook.com/seelite">Social</a></li>

       </ul>
      </div><!--/.nav-collapse -->
     </div><!-- /.navbar-inner -->
    </div><!-- /.navbar -->

   </div> <!-- /.container -->
  </div><!-- /.navbar-wrapper -->



  <!-- Carousel
  ================================================== -->
  <div id="myCarousel" class="carousel slide">
   <div class="carousel-inner">
    <div class="item active">
     <img src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets
```

```
/item01.jpg?2135767865471442744" alt="">
          <div class="container">
            <div class="carousel-caption">
              <h1>Premium LED Lighting</h1>
              <p class="lead">Looking for an LED solution? Let us help you with our wide variety of LED fixtures. We sell almost any fixture you can imagine, all built from the highest quality materials, for hunters, by hunters.</p>
            </div>
          </div>
        </div>
        <div class="item">
          <img src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/item02.jpg?2135767865471442744" alt="">
          <div class="container">
            <div class="carousel-caption">
              <h1>Small, Friendly, Dedicated</h1>
              <p class="lead">&ldquo;See Lites Dont usually do this but i Just wanted to let y'all know. I just bought a 20" led light bar for my dads rhino for coon hunting from Josh at Seeliteleds.com. He provided excellent customer service and was a pleasure to do business with. Y'all ought a check out his duck Lites. That'll be my next purchase..plus he is an Arkansas small business.&rdquo;</p>
            </div>
          </div>
        </div>
        <div class="item">
          <img src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/item03.jpg?2135767865471442744" alt="">
          <div class="container">
            <div class="carousel-caption">
              <h1>The Right Tool for the Job</h1>
              <p class="lead">Everyone gets tired of holding that spotlight on a 25 degree morning while heading to that secret hole. Our DuckLites are perfect for running timber and rivers in the Southeast. They will keep your fingers warm and your eyes on the prize.</p>
            </div>
          </div>
        </div>
        <div class="item">
          <img src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/item04.jpg?2135767865471442744" alt="">
          <div class="container">
            <div class="carousel-caption">
              <h1>Pride in Product Quality</h1>
              <p class="lead">We carry our house brand of lighting that comes with a full one year warranty and all repairs are done at SeeLite headquarters.</p>
            </div>
          </div>
        </div>
      </div>
      <a class="left carousel-control" href="#myCarousel" data-slide="prev">&lsaquo;</a>
      <a class="right carousel-control" href="#myCarousel" data-slide="next">&rsaquo;</a>
    </div><!-- /.carousel -->

    <div class="container marketing">
```

```
      <!-- Three columns of text below the carousel -->
      <div class="row">
        <div class="span6">
          <a href="http://www.mackspw.com/" target="_new" title="Mack's"><img class="img-circle" src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/macs.png?2135767865471442744"></a>
          <h2>Mack's now carrying SeeLite</h2>
          <p>SeeLite has picked up several dealers. You can purchase our products at any of our dealer locations under our dealer tab. Go check out a local dealer near you and the one and only <br> <a href="http://www.mackspw.com/Category--SeeLite--m-7238" target="_new"><em><strong>Mack's Prairie Wings.</strong></em></a></p>
        </div><!-- /.span6 -->
        <div class="span6">
          </div><!-- /.span6 -->
      </div><!-- /.row -->

      <hr class="featurette-divider">

      <!-- FOOTER -->
      <footer>
        <p class="pull-right"><a href="#">Back to top</a></p>
        <p>&copy; 2013 SeeLite.</p>
      </footer>

    </div><!-- /.container -->

    <!-- Le javascript
    ================================================== -->
    <!-- Placed at the end of the document so the pages load faster -->
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/jquery.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-transition.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-alert.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-modal.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-dropdown.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-scrollspy.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-tab.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-tooltip.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-popover.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-button.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-collapse.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-carousel.js?2135767865471442744"></script>
    <script src="//cdn.shopify.com/s/files/1/0178/2940/t/2/assets/bootstrap-typeahead.js?2135767865471442744"></script>
    <script>
      !function ($) {
        $(function(){
          // carousel demo
          $('#myCarousel').carousel()
        })
      }(window.jQuery)
```

```
    </script>
  </body>
</html>

```

# EXHIBIT 6

Log in (/account/login) 0 items (/cart) Check out (/cart)

(/)

HOME (/) | CATALOG (/COLLECTIONS/ALL) | BLOG (/BLOGS/NEWS) | ABOUT US (/PAGES/ABOUT-US) | CONTACT (/PAGES/CONTACT) | TECHNICAL (/PAGES/WARRANTY-RETURNS-AND-POLICIES)

Search

# SeeLite Dealer List

## Here is a current list of our Dealers:

A-1 Pawn- Russellville, Arkansas

Affliction Airboats- Deltona, Florida

Archers Den- Ardmore, Oklahoma

Backwater Outdoors- Gurley, Alabama

BFC Marine (Gator Trax Boats)- Springfield, Louisiana

Boat Works- Keysport, Illinois

Bowfishing Extreme- Willard, Missouri

Brinson Power Sports- Corsicanna, Texas

Buell's Marine- Canton, Illinois

Cuz Outboards- Bryant, Arkansas

Duncan Outdoors- Conway, Arkansas

Elite Airboats- Denison, Texas

H&H Supply- Marion, Kentucky

H&W Marine- Flint, Texas

Keith Wiltfang/ Shrubby Lawn & Landscape- Owensboro, Kentucky

Lone Star Gun Runners- Navasota, Texas

L&M Marine- Stapleton, Alabama

Mack's Prairie Wings- Stuttgart, Arkansas

Mike Johnson Power Sports- Russellville, Arkansas

R&C Arms- Marshall, Arkansas

RGD Airboats- Malvern, Arkansas

## PRODUCT CATEGORIES (/COLLECTIONS)

- Accessories (/collections /accessories)
- All Products (/collections /frontpage)
- Auxiliary LED Lighting (/collections/auxiliary-led-lighting)
- Consoles (/collections /consoles)
- Duck Boat (/collections /duck-boat)
- DuckLites (/collections /ducklites)
- Generator (/collections /generator)
- Hide-A-Nav (/collections/hide-a-nav)
- Interior Lighting (/collections /interior-lighting)
- LED Bars (/collections/led-bars)
- Replacement Glass (/collections/replacement-glass)
- True Warm (/collections /true-warm)
- True Warm 100w (/collections /true-warm-100w)
- True Warm 50 watt (/collections /true-warm-50-watt)

Stump Jumper Boats- Center, Texas

Titan Marine- Fordyce, Arkansas

Tracker Marine- Springfield, Missouri

Vinson Electric- Russellville, Arkansas

Whitson Morgan- Clarksville, Arkansas

Widow Maker Boats- Clinton, Utah

Xpress Boats- Hot Springs, Arkansas

Search (/search) | About Us (/pages/about-us)

© 2015 SeeLite (/). All Rights Reserved.
Ecommerce Software by Shopify (http://www.shopify.com)

PAYMENT METHODS WE ACCEPT